◆AO 442    (Rev. 10/03)  Warrant for Arrest   (Rev. 9/05 WDTX)

FID# 11148045

# UNITED STATES DISTRICT COURT

Western District of Texas

FILED
2020 AUG 12  AM 9:31
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA

**SEALED**

V.

**WARRANT FOR ARREST**

DONALD RAY LOCKARD

Case Number:  DR:20-CR-1286 (01)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DONALD RAY LOCKARD
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

COUNT 1  18 U.S.C. 1349 - Conspiracy to Commit Wire Fraud
COUNTS 2 - 4  18 U.S.C. 1343 - Wire Fraud

U.S. MARSHALS SERVICE
RECEIVED
JUL 22 2020
DEL RIO, TX

in violation of Title(s) _____    United States Code, Section(s)  Please see attached Indictment

C. Rodriguez
**Name of Issuing Officer**

U.S. Deputy Clerk
**Title of Issuing Officer**

Signature of Issuing Officer

7/22/2020                                           Del Rio, TX
**Date and Location**

DATE ISSUED:    7/22/2020

Bail fixed at $   Detain                        by     U.S. Magistrate Judge Victor R. Garcia
                                                                              **Name of Judicial Officer**

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Douglasville, GA

DATE RECEIVED:  7-22-2020
DATE OF ARREST: 8-6-2020

NAME AND TITLE OF ARRESTING OFFICER:  L Galindo, USMS FA for FBI

SIGNATURE OF ARRESTING OFFICER: [signature]