UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| **United States of America** | § § | |
| vs. | § § | NO:   DR:20-CR-01286(1)-AM |
| **(1) Donald Ray Lockard** | § | |

**TAKE NOTICE** that the above-entitled case has been **SET** in United States District Court, 111 East Broadway, Courtroom 2, Del Rio, Texas, before United States Magistrate Judge **COLLIS WHITE** on**:**

## Thursday, September 10, 2020 at 10:00 AM
for
## ARRAIGNMENT ON INDICTMENT

**EVERYONE** to whom this notice is addressed (except those to whom copies are sent for information only) **MUST** appear in person unless excused from appearance by the Court.

Defendants entering a plea of "Not Guilty" who wish to waive personal appearance at arraignment are excused from appearing, as are their attorneys, if the **attached waiver** is executed and signed by both the defendant and the attorney of record, and FILED WITH THE UNITED STATES DISTRICT CLERK BY 3:00 P.M. ON THE DAY PRECEDNG THE SCHEDULED DAY OF ARRAIGNMENT.

Date:  August 27, 2020

*JEANNETTE J. CLACK, CLERK OF COURT*

By: _____
Mary G. Cienega
Courtroom Deputy

Attachment

TO:   Assistant United States Attorney - Joshua Bryan Banister
United States Pretrial Services
United States Probation Office
United States Marshals Service
 , Defense Counsel
(1) Donald Ray Lockard, c/o

**\*\*THE COURT WILL NOT ACCEPT ANY WAIVERS OTHER THAN THAT ATTACHED TO THIS NOTICE\*\***

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **United States of America** § | |
| § | |
| vs. § | NO:   DR:20-CR-01286(1)-AM |
| § | |
| **(1) Donald Ray Lockard** § | |

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

**NOW COMES** Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

- Defendant has received a copy of the Indictment or Information in this case.  Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto and his/her Constitutional rights, after being advised of all the above by his/her attorney.

- Defendant understands he/she has the right to appear personally, with his/her attorney, before a judge for arraignment, in open court, on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his/her plea of "not guilty."  The Defendant understands that entry by the Court of said plea for Defendant will conclude the arraignment in this case for all purposes.

Case 2:20-cr-01286-AM   Document 23   Filed 08/27/20   Page 3 of 4

**Effective December 17, 2009, the Local Criminal Rules were revised to indicate that a defendant must file any pretrial motions (citing legal authority and providing a proposed order) within fourteen (14) days after the arraignment, or if the defendant waives arraignment, within fourteen (14) days after the latest scheduled arraignment date  (see *Local Criminal Rules CR-12 and CR-47)* unless otherwise ordered by the Court.**

Date:_____

_____
Defendant

_____
Attorney for Defendant

_____
Attorney's Address

_____

_____
Attorney's Telephone No. and Fax No.

**Pursuant to the Standing Order Adopting CJA Plan dated January 4, 2011, all waivers or motions to continue must be communicated to the appropriate courtroom deputy no later than 3:00 p.m. on the work day prior to the scheduled hearing and must be followed by an appropriately filed document.**

Revised 10/03

# WAIVER OF MINIMUM TIME TO TRIAL

Defendant understands that he/she has a right to a minimum period of time prior to trial which shall not commence less than thirty (30) days from the date on which the Defendant first appears through counsel or expressly waives counsel and elects to proceed *pro se*. Defendant further understands that, absent the present waiver, he/she will not be brought to trial during this thirty (30) day period.

Defendant, having conferred with his/her attorney in this regard, hereby waives the requirement that trial shall not commence less than thirty (30) days from the date on which the Defendant first appears through counsel or expressly waives counsel and elects to proceed *pro se.*

Date:_____        _____
                                                                        Defendant

                                                                        _____
                                                                        Attorney for Defendant